# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA NOBLE,<br><br>                  Plaintiff,<br><br>    v.<br><br>CREDITORS SPECIALTY SERVICE, INC., *et al.*,<br><br>                  Defendants. | Case No. 14-cv-1139-L(JMA)<br><br>**ORDER GRANTING JOINT MOTION AND ENTERING JUDGMENT [DOC. 23]** |

    Good cause appearing, the Court **GRANTS** the joint motion and enters **JUDGMENT** against Defendant Creditors Specialty Service ("CSS") in the amount of $7,500.

    Plaintiff will refrain from executing on the judgment if CSS pays $1,000 by September 1, 2015, and $500 each month thereafter until the judgment of $7,500 is satisfied. If CSS has not timely made a payment by the first of the month counsel for Plaintiff will send one email reminder to counsel for Defendant and allow a ten day grace period in which to make the payment.

//

//

//

1    The judgment will accrue interest at 10% per annum. However, if the
2    judgment is paid in full by March 1, 2016, Plaintiff will waive any claim for interest.

4    **IT IS SO ORDERED.**

5    DATED:  August 31, 2015

_____
M. James Lorenz
United States District Judge